# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2007

133768-70(56)

_____

In re: RAYONA BELL, Minor.

_____

DARLENE KING,
        Petitioner-Appellant,
v

DEPARTMENT OF HUMAN SERVICES,
        Respondent-Appellee.

_____/

In re: DEJOHNAE BELL, Minor.

_____

DARLENE KING,
        Petitioner-Appellant,
v

DEPARTMENT OF HUMAN SERVICES,
        Respondent-Appellee.

_____/

In re: RAMON BELL, Minor.

_____

DARLENE KING,
        Petitioner-Appellant,
v

DEPARTMENT OF HUMAN SERVICES,
        Respondent-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133768
COA: 271845
Kent CC/Fam Div: 06-021804-AM

SC: 133769
COA: 271846
Kent CC/Fam Div: 06-021802-AM

SC: 133770
COA: 271847
Kent CC/Fam Div: 06-021803-AM

On order of the Court, the motion for reconsideration of this Court's July 18, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2007

_____
Clerk

d0917